UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

ERIC WASHINGTON,

    Defendant/Petitioner.

_____/

CRIM. NO. 13-20495

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## ORDER ADOPTING MAGISTRATE JUDGE ELIZABETH A. STAFFORD'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT-PETITIONER'S MOTION TO VACATE AND/OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

On November 16, 2015, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation (ECF No. 257) recommending the Court deny Defendant/Petitioner Eric Washington's Motion to vacate and/or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 192). There having been no objections filed within the time period allowed, the Court hereby ADOPTS the Report and Recommendation and DENIES Defendant/Petitioner's motion.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: FEB 0 2 2016